UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) Case Nos. | CR116-043, USA v. Drake |
| | ) | CR116-045, USA v. Grant et al |
| LEAVE OF ABSENCE REQUEST | ) | CR111-602, USA v. Ware |
| | ) | CV116-014, Ware v. USA |
| | ) | CR117-010, USA v. Robinson |
| PATRICIA G, RHODES | ) | CR117-012, USA v. Davis |
| October 5, 2017 through October 10, 2017 | ) | CR117-018, USA v. Kouranos |
| | ) | CR117-020, USA v. Musick |
| | ) | CR117-027, USA v. Hamm |
| | ) | CR117-028, USA v. Harden |
| | ) | CR117-037, USA v. Jackson |
| | ) | CR117-038, USA v. Johnson |
| | ) | CR117-040, USA v. Drafts |
| | ) | CR117-042, USA v. Johnson |

## ORDER

**Patricia G. Rhodes** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT **Patricia G. Rhodes** be granted leave of absence for the following periods: **October 5, 2017 through October 10, 2017.**

This 21st day of August, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA